UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Mohamed Altareb,

                **Plaintiff(s),**

      - against -

Saleh Almuntaser,

                **Defendant(s),**
-------------------------------------------------------------X

    22 Civ. 04240 (BCM)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 5/24/2022 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Saleh Almuntaser by personally serving Gabriel "Doe" (Co-Worker), and proof of service was therefore filed on 09/21/2022, Doc. #(s) 16.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated:** New York, New York

    November 2, 20 22

                                                **RUBY J. KRAJICK**
                                                  Clerk of Court

                                    **By:** *K. Mango*
                                                    **Deputy Clerk**