UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MOHAMED ALTAREB,

                              Plaintiff,                        22 Civ. 4240 (PAE) (BCM)

                     -v-                                                          ORDER

2463 E. TREMONT DELI CORP., SALEH
ALMUNTASER, *also known as* SALEH
ALMUNTATASR,

                              Defendants.
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      On March 17, 2023, plaintiff filed a notice of voluntary dismissal in the above-captioned action. Dkt. 26. The Court directs the parties to file a joint letter, no later than March 27, 2023, confirming that the stipulation of voluntary dismissal is not part of a settlement that would require review by this Court, *see Samake v. Thunder Lube, Inc.*, 24 F.4th 804, 811 (2d Cir. 2022). Specifically, the parties shall confirm that plaintiff's dismissal was not secured by means of any payment, promise, or other benefit offered by defendant.

      SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          _____
                                                          Paul A. Engelmayer
                                                          United States District Judge

Dated: March 20, 2023
           New York, New York